UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSICA MEJIA,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 2:16-cv-02583-JAD-PAL<br><br>ORDER |

Before the court are the Notices of Settlement letters (ECF Nos. 16, 17) addressed to District Judge Dorsey and Magistrate Judge Leen, which advise that the parties have reached a settlement and anticipate filing closing documents "shortly".

**IT IS ORDERED** that the parties shall have until **May 10, 2017**, to file a stipulation for dismissal, or a joint status report indicating when the stipulation will be filed.

DATED this 18th day of April, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE