BRENDA H. ENTZMINGER
Nevada Bar No. 9800
RYAN M. KERBOW
Nevada Bar No. 11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
bentzminger@psalaw.net
rkerbow@psalaw.net

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MEJIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., d/b/a WAL-MART NEIGHBORHOOD MARKET #3354; DOES I through X, inclusive ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02583-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 19 |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

//

party's own costs and attorney's fees.

DATED this 5 day of April, 2017.

VANNAH & VANNAH

_____
Robert D. Vannah, Esq.
400 S. Seventh St., Fourth Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Jessica Mejia*

DATED this 28th day of April, 2017.

PHILLIPS, SPALLAS & ANGSTADT

_____
Ryan M. Kerbow, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
5/8/17